IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07-ct-03153

| | |
|---|---|
| ROGER BLAKENEY, NC DOC # 0033802, NATHAN BOWIE, NC DOC # 0039561, RICHARD CAGLE, NC DOC # 0061528, ERIC CALL, NC DOC # 0542384, WADE COLE, NC DOC # 0082151, DANIEL CUMMINGS, NC DOC # 0095279, JOHNNY DAUGHTRY, NC DOC # 0099090, PHILLIP DAVIS, NC DOC # 0585797, DANNY FROGGE, NC DOC # 0137368, TILMON GOLPHIN, NC DOC # 0590940, WARREN GREGORY, NC DOC # 0156518, JERRY DALE HILL, NC DOC # 0511057, JOHNNY HYDE, NC DOC # 0542024, THOMAS LARRY, NC DOC # 0233526, JIMMIE LAWRENCE, NC DOC # 0597164, DAVID LYNCH, NC DOC # 0251740, JOHN MCNEIL, NC DOC # 0275678, JEFFERY MEYER, NC DOC # 0280127, CARL MOSELEY, NC DOC # 0294214, ERROL MOSES, NC DOC # 0552017, NASIR AL-DIN SADDIQ, a/k/a LAWRENCE PETERSON, NC DOC # 0320825, and DARRELL STRICKLAND, NC DOC # 0393145, | **NOTICE OF APPEARANCE** |
| Plaintiffs | |
| v. | |
| THEODIS BECK, Secretary for the North Carolina Department of Correction, GERALD BRANKER, Warden of Central Prison in Raleigh, North Carolina, and UNKNOWN EXECUTIONERS, Individually, and in their Official Capacities, | |
| Defendants. | |

Undersigned counsel hereby enters notice of appearance in the above-captioned matter.

Respectfully submitted this 19th day of December, 2007.

>/s/ Ken Rose
>Ken Rose
>Center for Death Penalty Litigation, Inc.
>201 W. Main Street, Suite 301
>Durham NC 27701
>Tel 919 956-9545
>Fax 919 956-9547
>Email Ken@cdpl.org
>N.C. State Bar No. 17208

## CERTIFICATE OF SERVICE

      I hereby certify that I caused to be served a copy of the above Notice of Appearance upon Thomas J. Pittman, Special Deputy Attorney General, Corrections Section, P.O. Box 629, Raleigh, NC 27602-0629 by first class mail.

      This the 19th day of December, 2007.

      /s/ Ken Rose
      Ken Rose

3

Case 5:07-ct-03153-FL     Document 5     Filed 12/19/07     Page 3 of 3