IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILE NO. 5:07-CT-3153-FL

| ROGER BLAKENEY, *et al.*, | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | **ORDER** |
| TODD ISHEE, Secretary of the North Carolina Department of Public Safety; JAMEL JAMES, Warden of Central Prison; and UNKNOWN EXECUTIONERS, | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court on the unopposed Motion to Substitute Party Defendant and to Amend Caption filed by Defendant Todd Ishee. The Court has determined that, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Motion should be granted.

It is hereby ORDERED that Defendant Todd Ishee shall be substituted out as a party Defendant and replaced by Leslie Cooley Dismukes, Secretary of the North Carolina Department of Adult Correction, and that the caption shall be amended to reflect this substitution of parties pursuant to Rule 25(d).

This the 21st day of February, 2025.

_____
United States District Court Judge