IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:07-CT-3153-FL

| | |
|---|---|
| ROGER BLAKENEY, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| LESLIE COOLEY DISMUKES, | ) |
| Secretary of the North Carolina Department | ) |
| of Adult Correction; | ) |
| JAMEL JAMES, Warden of Central | ) |
| Prison; and UNKNOWN EXECUTIONERS, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SUBSTITUTION OF COUNSEL**
**LOCAL CIVIL RULE 5.2(c)**

Undersigned counsel and the Plaintiffs in this suit hereby provide notice pursuant to Local Civil Rule 5.2(c) that there has been a substitution of counsel.

Undersigned counsel Gretchen M. Engel will be retiring from the Center for Death Penalty Litigation (CDPL) effective August 31, 2025. As a result, Ms. Engel will no longer be in a position to represent the Plaintiffs in this case.

Undersigned counsel Janine Fodor, a staff attorney at CDPL, will assume representation of Plaintiffs. Ms. Fodor verifies that she is aware of and will comply with all pending deadlines in the case, including proceedings with any scheduled trial or hearings. This substitution is being made pursuant to Local Civil Rule 5.2(c).

Respectfully submitted this 15th day of July, 2025.

/s/ Gretchen M. Engel
Gretchen M. Engel
NC State Bar No. 19558
gretchen@cdpl.org

/s/Janine Fodor
Janine Fodor
N.C. State Bar No. 17372
jfodor@cdpl.org

Center for Death Penalty Litigation
3326 Durham-Chapel Hill Blvd.
Bldg. D, Suite 201
Durham, NC 27707
919-956-9545

COUNSEL FOR PLAINTIFFS

# CERTIFICATE OF SERVICE

I certify that, on July 15 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the counsel of record for the Defendants, Special Deputy Attorney General Joseph Finarelli at jfinarelli@ncdoj.gov.

/s/Janine Fodor
Janine Fodor
Counsel for Plaintiffs