# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| ROGER BLAKENEY, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:07-CT-3153-FL |
| LESLIE COOLEY DISMUKES, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LESLIE COOLEY DISMUKES, JAMEL JAMES and UNKNOWN EXECUTIONERS .

Date:   09/15/2025

/s/ Alex R. Williams
*Attorney's signature*

Alex R. Williams (N.C.S.B. No. 41679)
*Printed name and bar number*

N.C. Department of Justice
Public Safety Section
P.O. Box 629
Raleigh, North Carolina 27699-9001
*Address*

awilliams@ncdoj.gov
*E-mail address*

(919) 716-6528
*Telephone number*

(919) 716-6761
*FAX number*